534 A.2d 755

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Aleko WEIBEL.**

Supreme Court of Pennsylvania.

Argued Nov. 12, 1987.

Decided Dec. 4, 1987.

Stephen B. Harris, Chief, Appeals Div., Rachael DeCicco, Asst. Dist. Atty., for appellant.

Nathan Crist, Doylestown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.